Date of Arrest: **03/05**

# United States District Court
## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, Vs. Bertoldo CERVANTES-Bolanos AKA: None Known 205271949 YOB: 1984 Citizen of: Mexico Defendant | Magistrate Case No. 20-1126 MJ COMPLAINT FOR VIOLATION OF Title 8, United States Code, Section 1326(a) Attempted Re- Entry After Deport |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about March 05, 2020, Defendant Bertoldo CERVANTES-Bolanos, an alien, attempted to enter the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Nogales, Arizona on or about February 28, 2020. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_Signature of Complainant_
Francisco Mejia
Border Patrol Agent

Sworn to before me and subscribed in my presence,

March 06, 2020    at    Yuma, Arizona
Date                                City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Bertoldo CERVANTES-Bolanos
AKA: None Known
205271949

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant attempted to enter the United States and was arrested on or about March 05, 2020, near San Luis, Arizona. When the Defendant attempted to enter the United States, the Defendant displayed an intent to be free from official restraint. The Defendant was observed attempting to evade apprehension by Border Patrol agents by running and hiding through housing. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Nogales, Arizona on or about February 28, 2020. The Defendant has been removed on two previous occasions. The Defendant was most recently removed on or about February 28, 2020, through the port of Nogales, Arizona.

Agents determined that on or about March 05, 2020, the Defendant attempted to re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA Victor Pelayo

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Jesus Leal and Juan Hernandez.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 06, 2020
Date

_____
Signature of Judicial Officer

- 2 -